IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IVAN VASQUEZ, | : | |
|    Plaintiff, | : | |
| vs. | : | |
| VEGA CONSTRUCTION, INC. | : | Civil Action File No. |
| and JOSE RAUL VEGA, | : | |
|    Defendants. | : | 1:15-cv-0832-SCJ |

**ORDER APPROVING SETTLEMENT
AND DISMISSAL OF CASE WITH PREJUDICE**

Upon review of the Joint Motion to Approve Settlement, and upon the review of the Settlement Agreement entered into between the parties, and for other good cause shown, the Court finds that the settlement is fair and reasonable and the Parties' Joint Motion is hereby GRANTED. Thus, it is ORDERED that the referenced Settlement and Release Agreement is APPROVED and this action is hereby dismissed with prejudice. The Court shall retain jurisdiction over this matter until all consideration provided for in the Settlement Agreement is paid.

This __5th__ day of __November__, 2015.

                                               _s/Steve C. Jones_
                                               STEVE C. JONES
                                               UNITED STATES DISTRICT JUDGE